# United States District Court
## Southern District of Georgia

Melissa Sue Walker Churchwell

_____  
Plaintiff

v.  C. R. Bard Incorporated, et al.

_____  
Defendant

Case No.  4:19-cv-00275-RSB-CLR

Appearing on behalf of Defendants

_____  
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 29th day of October , 2019.

_____  
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Lucas Westby

Business Address: Nelson Mullins Riley & Scarborough LLP  
Firm/Business Name

201 17th Street NW  
Street Address

| Suite 1700 | Atlanta | GA | 30363 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____  
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

| (404) 322-6000 | 594008 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: lucas.westby@nelsonmullins.com