# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MELISSA SUE WALKER CHURCHWELL, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:19-cv-275 |
| v. | |
| C. R. BARD, INC.; and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action without prejudice and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 4th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA